People of the State of Illinois, Plaintiff-Appellee, v. Samuel Cain, Defendant-Appellant.

Gen. No. 50,377.

First District, Second Division.
September 27, 1966.
Rehearing denied October 19, 1966.

Gerald W. Getty, Public Defender of Cook County, of Chicago (Marshall A. Patner, Frederick F. Cohn and James J. Doherty, Assistant Public Defenders, of counsel), for appellant; Daniel P. Ward, State's Attorney of Cook County, of Chicago (Elmer C. Kissane, Joel M. Flaum and Robert J. Beranek, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE BURKE. Not to be published in full.